1 | GEOFFREY C. RUSHING (126910)
     *grushing@saveri.com*
2 | TRAVIS L. MANFREDI (281779)
     *travis@saveri.com*
3 | **SAVERI & SAVERI, INC.**
     706 Sansome Street
4 | San Francisco, California 94111
     Telephone: (415) 217-6810
5 | Facsimile: (415) 217-6813

6 | *Attorneys for Plaintiff*

7 |

8 | RONALD P. OINES (145016)
     *roines@rutan.com*
9 | ALLISON G. MARRAZZO (244426)
     *amarrazzo@rutan.com*
10 | **RUTAN & TUCKER**
      Five Palo Alto Square
11 | 3000 El Camino Real, Suite 200
      Palo Alto, California  94306-9814
12 | Telephone: (650) 320-1503
      Facsimile: (650) 320-9905
13 |

14 | *Attorneys for Defendant Klastech GmbH*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GT Securities, Inc., | Case No. 13-CV-3090 JCS |
| Plaintiff, | |
| v. | **STIPULATION RE SERVICE OF SUMMONS AND TIME FOR RESPONSE** |
| Klastech GmbH, Triangle Venture Capital Group GmbH & Co. KG Nr. IV | |
| Defendants. | |

STIPULATION RE SERVICE OF SUMMONS AND TIME FOR RESPONSE

1 | IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff GT Securities, Inc. ("Plaintiff") and counsel for Defendant Klastech GmbH ("Klastech") in the above-captioned action, as follows:

    1. Defendant Klastech disputes the validity of Plaintiff's attempted service, but agrees to accept service provided it shall have until August 23, 2013 to respond to the Complaint as required by FRCP 12(a).

The undersigned Parties respectfully submit this stipulation and agreement to the Court.

Dated: August 8, 2013    By:    */s/ Travis L. Manfredi*
TRAVIS L. MANFREDI (281779)
  *travis@saveri.com*
GEOFFREY C. RUSHING (126910)
  *grushing@saveri.com*
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Attorneys for Plaintiff*

Dated: August 8, 2013    By:    */s/ Allison G. Marrazzo*
ALLISON G. MARRAZZO (244426)
  *amarrazzo@rutan.com*
RONALD P. OINES (145016)
  *roines@rutan.com*
**RUTAN & TUCKER**
Five Palo Alto Square
3000 El Camino Real, Suite 200
Palo Alto, California  94306-9814
Telephone:  (650) 320-1503
Facsimile:   (650) 320-9905

Attorneys for Defendant Klastech GmbH

1
STIPULATION RE SERVICE OF SUMMONS AND TIME FOR RESPONSE

1  **ATTESTATION PURSUANT TO GENERAL ORDER 45**

2      I, Travis L. Manfredi, attest that concurrence in the filing of this document has been obtained

3  from all signatories.  I declare under penalty of perjury under the laws of the United States of

4  America that the foregoing is true and correct.  Executed this 8th day of August, 2013, at San

5  Francisco, California.

6                                                  */s/ Travis L. Manfredi*



11  Dated: 8/12/13

STIPULATION RE SERVICE OF SUMMONS AND TIME FOR RESPONSE