**RUTAN**
ATTORNEYS AT LAW

Allison G. Marrazzo
Direct Dial: (650) 320-1503
E-mail: amarrazzo@rutan.com

September 27, 2013

**VIA ELECTRONIC FILING**

Hon. Joseph C. Spero
Karen L. Hom
Courtroom G, 15th Floor
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

      Re:    *GT Securities v. Klastech GmbH, et al.*
              USDC/Northern District Court of California Case No. C 13-03090 JCS

             **Request for Telephonic Appearance**

Dear Judge Spero and Ms. Karen L. Hom:

      With this letter, I hereby request to appear telephonically at the Initial Case Management Conference in the above-referenced matter set for October 4, 2013, at 1:30 p.m.  On October 4, 2013, I will be traveling and, therefore, can be reached on a landline through the main telephone line for the hotel at which I will be staying.  The landline contact number for the Cosmopolitan Hotel is (702) 698-7000.  You can reach me by providing the hotel operator with the name of my traveling companion, Megan Butala.  Additionally, as soon as a room number is available, we will provide notice of that room number to the Court.

      Additionally, we are in the process of preparing and filing a pro hac vice application for Jason S. Bell.  Pending the grant of Mr. Bell's pro hac vice application, Mr. Bell would also like to attend the Initial Case Management Conference by telephone.  Mr. Bell can be reached on a landline at (404) 815-3619.

IT IS HEREBY ORDERED THAT
Ms. Marrazzo & Mr. Bell shall be on
phone standby beginning at 1:30 PM and
await the Court's call.
Dated: 9/30/13

AGM:mtr

Very truly yours,

RUTAN & TUCKER, LLP

*/s/ Allison G. Marrazzo*
Allison G. Marrazzo

[IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]

Rutan & Tucker, LLP  |  3000 El Camino Real, Suite 200, Palo Alto, CA 94306
650-320-1500  |  Fax 650-320-9905
Orange County  |  Palo Alto  |  www.rutan.com

2563/031053-0001
6191924.1 a09/26/13