1  GEOFFREY C. RUSHING (126910)
    *grushing@saveri.com*
2  TRAVIS L. MANFREDI (281779)
    *travis@saveri.com*
3  **SAVERI & SAVERI, INC.**
   706 Sansome Street
4  San Francisco, California 94111
   Telephone: (415) 217-6810
5  Facsimile: (415) 217-6813

6  *Attorneys for Plaintiff*

7  BERND GEIGER (*pro per*)
   **TRIANGLE VENTURE CAPITAL**
8  **GROUP GMBH & CO. KG NR. IV**
   Marktstr. 65
9  68789 St. Leon-Rot
   Germany
10

11  *Representative of Defendant Triangle Venture
Capital Group GmbH & Co. KG Nr. IV*

12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GT Securities, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Klastech GmbH, Triangle Venture Capital Group GmbH & Co. KG Nr. IV <br><br> Defendants. | Case No. 13-CV-3090 JCS <br><br> **STIPULATION RE TIME FOR DEFENDANT TRIANGLE VENTURE CAPITAL GROUP GMBH & CO. KG NR. IV TO RESPOND TO THE COMPLAINT** |

STIPULATION RE SERVICE OF SUMMONS AND TIME FOR RESPONSE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and Defendant Triangle in the above-captioned action, as follows:

1. Defendant Triangle, without waiving any potential objections, including jurisdiction, shall have until January 15, 2014 to respond to the Complaint as required by FRCP 12(a).

The undersigned Parties respectfully submit this stipulation and agreement to the Court.

Dated: December 16, 2013    By: _____
TRAVIS L. MANFREDI (281779)
*travis@saveri.com*
GEOFFREY C. RUSHING (126910)
*grushing@saveri.com*
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Attorneys for Plaintiff*

Dated: December 16, 2013    By: _____
BERND GEIGER (*pro per*)
**TRIANGLE VENTURE CAPITAL GROUP GMBH & CO. KG NR. IV**
Marktstr. 65
68789 St. Leon-Rot
Germany

*Representative of Defendant Triangle Venture Capital Group GmbH & Co. KG Nr. IV*

Dated: 12/18/13

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Joseph C. Spero]