

Allison G. Marrazzo
Direct Dial: (650) 320-1503
E-mail: amarrazzo@rutan.com

January 7, 2014

**VIA ELECTRONIC FILING**

Hon. Joseph C. Spero
Karen L. Hom
Courtroom G, 15th Floor
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *GT Securities v. Klastech GmbH, et al.*
USDC/Northern District Court of California Case No. C 13-03090 JCS

**Request for Telephonic Appearance**

Dear Judge Spero and Ms. Karen L. Hom:

With this letter, I hereby request to appear telephonically at the Case Management Conference in the above-referenced matter set for January 17, 2014, at 1:30 p.m. I can be reached on a landline at (530) 752-2209. Additionally, my co-counsel, Mr. Jason S. Bell, also desires to attend the Case Management Conference by telephone. Mr. Bell can be reached on a landline at (404) 815-3619.

Very truly yours,

RUTAN & TUCKER, LLP

Allison G. Marrazzo

AGM:mtr

IT IS HEREBY ORDERED that counsel shall establish a conference call number and pass code for the 1/17/14 hearing and circulate the information to all counsel and the Court by 1/15/14.
Dated: 1/8/14

*IT IS SO ORDERED AS MODIFIED*
Judge Joseph C. Spero

Rutan & Tucker, LLP  I  3000 El Camino Real, Suite 200, Palo Alto, CA 94306
650-320-1500  I  Fax 650-320-9905
Orange County  I  Palo Alto  I  www.rutan.com

2563/031053-0001
6551196.1 a01/07/14