

February 6, 2014

Magistrate Judge Joseph C. Spero
San Francisco Courthouse, Courtroom G – 15th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

NOTICE OF INTENT TO APPEAR BY TELEPHONE
*GT Securities, Inc. v. Klastech GmbH*
Case No. 13-cv-03090-JCS

Triangle Venture Capital Group GmbH & Co. Nr. IV, by its counsel of record, Samer Danfoura, Esq., intends to appear by telephone, for the case management conference scheduled for:

February 14, 2014 at 1:30PM in courtroom G – 15th Floor

Landline: 415-970-8012

Sincerely,

Samer Danfoura, Esq.

IT IS HEREBY ORDERED that Mr. Danfoura shall use the following confernce call number set up by Ms. Marrazzo. 888-245-3978. PW: 650 320 1503. Counsel shall be on phone stand by beginning at 2:00 PM.
Dated:  2/10/14
NOTE: Effective immediately case management conferences are now held at 2:00 PM.

