

Allison G. Marrazzo
Direct Dial: (650) 320-1503
E-mail: amarrazzo@rutan.com

February 7, 2014

<u>VIA ELECTRONIC FILING</u>

Hon. Joseph C. Spero
Karen L. Hom
Courtroom G, 15th Floor
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   **GT Securities v. Klastech GmbH, et al.**
      **USDC/Northern District Court of California Case No. C 13-03090 JCS**

      **Request for Telephonic Appearance**

Dear Judge Spero and Ms. Karen L. Hom:

With this letter, I hereby request to appear telephonically at the Case Management Conference in the above-referenced matter set for February 14, 2014, at 1:30 p.m. I can be reached on a landline at (650) 320-1503. Additionally, my co-counsel, Mr. Jason S. Bell, also desires to attend the Case Management Conference by telephone. Mr. Bell can be reached on a landline at (404) 815-3619.

Should the Court prefer to utilize a conference call number as it did for the January Case Management Conference, I offer the following number and passcode:

   Conference Call-In Number: 888-245-3978

   Passcode: 650 320 1503

IT IS HEREBY ORDERED that the parties shall use the conference call number.
Dated: 2/10/14

Very truly yours,

RUTAN & TUCKER, LLP

*IT IS SO ORDERED AS MODIFIED*
*Judge Joseph C. Spero*

A.G. Marrazzo

AGM:mtr

NOTE: Effective immediately case management conferences are now held at 2:00 PM.

Rutan & Tucker, LLP I 3000 El Camino Real, Suite 200, Palo Alto, CA 94306
650-320-1500 I Fax 650-320-9905
Orange County I Palo Alto I www.rutan.com

2563/031053-0001
6658346.1 a02/07/14