# SAVERI & SAVERI, INC.
706 SANSOME STREET
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE  (415)  217-6810
FACSIMILE  (415)  217-6813
grushing@saveri.com

February 7, 2014

**VIA ELECTRONIC FILING**

Hon. Joseph C. Spero
Karen L. Hom
Courtroom G, 15th Floor
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    *GT Securities v. Klastech GmbH, et al.*
             USDC/Northern District Court of California Case No. C 13-03090 JCS

             **Request for Telephonic Appearance**

Dear Judge Spero and Ms. Hom:

    I request permission to appear telephonically at the Case Management Conference in the above-referenced matter set for February 14, 2014, at 1:30 p.m. I can be reached on a landline at (415) 217-6810.

                                               Very truly yours,

                                               */s/ Geoffrey C. Rushing*
                                               Geoffrey C. Rushing
                                               Counsel for Plaintiff GT Securities, Inc.

IT IS HEREBY ORDERED that Mr. Rushing shall use the following conference call number set up by Ms. Marrazzo.  888-245-3978 PW: 650 320 1503.  Counsel shall be on phone stand by beginning at 2:00 PM.
Dated: 2/10/14
NOTE:  Effective immediately case management conferences are now held at 2:00 PM.

