

May 8, 2014

Magistrate Judge Joseph C. Spero
San Francisco Courthouse, Courtroom G – 15th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

NOTICE OF INTENT TO APPEAR BY TELEPHONE
*GT Securities, Inc. v. Klastech GmbH*
Case No. 13-cv-03090-JCS

Triangle Venture Capital Group GmbH & Co. Nr. IV, by its counsel of record, Samer Danfoura, Esq., intends to appear by telephone, for the case management conference scheduled for:

May 16, 2014 at 1:30PM in courtroom G – 15th Floor

Landline: 415-970-8012

Sincerely,

Samer Danfoura, Esq.

Dated: 5/9/14

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]*