DANFOURA
LAW OFFICES

June 20, 2014

Magistrate Judge Joseph C. Spero
San Francisco Courthouse, Courtroom G – 15th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

NOTICE OF INTENT TO APPEAR BY TELEPHONE
*GT Securities, Inc. v. Klastech GmbH*
Case No. 13-cv-03090-JCS

Triangle Venture Capital Group GmbH & Co. Nr. IV, by its counsel of record, Samer Danfoura, Esq., intends to appear by telephone, for **BOTH**:

(1) The hearing on the Defendants' individual Motions to Dismiss scheduled on June 27, 2014 at 9:30am in courtroom G – 15th Floor; and
(2) The case management conference also scheduled on June 27, 2014 at 9:30 in courtroom G – 15th Floor

Landline: 415-970-8012

Sincerely,

Samer Danfoura, Esq.

IT IS HEREBY ORDERED THAT Samer Danfoura shall be on phone standby beginning at 9:30 AM and await the Court's call.
Dated: 6/24/14

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

1303 9TH AVENUE SAN FRANCISCO, CA 94122 MAIN (415) 970-8012 FAX (415) 970-8013