# SAVERI & SAVERI, INC.
706 SANSOME STREET
SAN FRANCISCO, CALIFORNIA 94111-5630
TELEPHONE: (415) 217-6810
TELECOPIER: (415) 217-6813

October 27, 2014

*VIA ECF*

Hon. Joseph C. Spero
Karen L. Hom
Courtroom G - 15th Floor
United States District Court
Northern District of California
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

      **RE:**   *GT Securities, Inc. v. Klastech GmbH, et al.*,
            **Case No. 13-CV-3090 JCS**

Dear Judge Spero and Ms. Hom:

    I request permission to appear telephonically at the Case Management Conference in the above-referenced matter set for October 31, 2014, at 2:00 p.m. I can be reached on a landline at (415) 217-6810.

                                    Best regards,

                                    */s/ Travis L. Manfredi*

                                  Travis L. Manfredi
                                  *Counsel for Plaintiff*

Dated: 10/28/14

IT IS SO ORDERED
Judge Joseph C. Spero