# DANFOURA
## LAW OFFICES

October 27, 2014

Magistrate Judge Joseph C. Spero
San Francisco Courthouse, Courtroom G – 15th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

### NOTICE OF INTENT TO APPEAR BY TELEPHONE
*GT Securities, Inc. v. Klastech GmbH*
Case No. 13-cv-03090-JCS

Triangle Venture Capital Group GmbH & Co. Nr. IV, by its counsel of record, Samer Danfoura, Esq., intends to appear by telephone, for:

The case management conference scheduled on October 31, 2014 at 2:00pm in courtroom G – 15th Floor.

Landline: 415-970-8012

Sincerely,

Samer Danfoura, Esq.

Dated: 10/28/14



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1303 NINTH AVENUE   SAN FRANCISCO, CA   94122        MAIN (415) 970-8012   FAX (415) 970-8013