

October 28, 2014

Magistrate Judge Joseph C. Spero
Karen L. Hom
San Francisco Courthouse
  Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:   *GT Securities, Inc. v. Klastech GmbH*
           Case No. 13-cv-0390-JCS

Dear Judge Spero:

    We are local counsel for defendant Klastech GmbH. We respectfully request that we be permitted to appear by telephone at the case management conference on October 31, 2014.

                           Very truly yours,

                           Brian T. Hafter
                         Attorney for Defendant
                         Klastech GmbH

Dated: 10/28/14

IT IS SO ORDERED
Judge Joseph C. Spero

ATTORNEYS AT LAW \ WWW.LECLAIRRYAN.COM