| | |
|---|---|
| GEOFFREY C. RUSHING (126910)<br>*grushing@saveri.com*<br>TRAVIS L. MANFREDI (281779)<br>*travis@saveri.com*<br>**SAVERI&SAVERI, INC.**<br>706 Sansome Street<br>San Francisco, California 94111<br>Telephone: (415) 217-6810<br>Facsimile: (415) 217-6813<br><br>*Attorneys for Plaintiff* | SAMER DANFOURA (239519)<br>*samer@danfouralaw.com*<br>**DANFOURA LAW OFFICE**<br>1303 9th Avenue<br>San Francisco, Califonia 94122<br>Telephone:(415) 970-8012<br>Facsimile:(415) 970-8013<br><br>*Attorneys for Triangle Venture Capital Group GmbH & Co. KG Nr. IV* |
| JASON S. BELL (048530)<br>*jbell@sgrlaw.com*<br>**SMITH, GAMBRELL & RUSSELL, LLP**<br>1230 Peachtree Street, N.E.<br>Promenade, Suite 3100<br>Atlanta, GA 30309-3952<br>Telephone: (404) 815-3619<br>Facsimile: (404) 685-6919<br><br>*Attorneys for Defendant Klastech GmbH* | BRIAN T. HAFTER (173151)<br>*brian.hafter@leclairryan.com*<br>**LECLAIRRYAN, LLP**<br>44 Montgomery Street<br>Suite 1800<br>San Francisco, CA 94104<br>Telephone: (415) 391-7111<br>Facsimile: (415) 391-8766<br><br>*Attorneys for Defendant Klastech GmbH* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GT Securities, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Klastech GmbH, Triangle Venture Capital Group GmbH & Co. KG Nr. IV<br><br>    Defendants. | Case No. 13-CV-3090 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF SETTLEMENT CONFERENCE** |

1 WHEREAS, the Court has scheduled a video settlement conference for March 12, 2015 (Dkt. No. 123);

2 WHEREAS, an unanticipated conflict has arisen that prevents the Plaintiff's representative from attending the settlement conference on March 12, 2015;

3 IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and Defendants in the above-captioned action that the video settlement conference be continued to April 1, 2015 and that Settlement Conference Statements be due on March 18, 2015.

The undersigned Parties respectfully submit this stipulation and agreement to the Court.

Dated: March 2, 2015    By:    */s/ Travis L. Manfredi*
TRAVIS L. MANFREDI (281779)
   *travis@saveri.com*
GEOFFREY C. RUSHING (126910)
   *grushing@saveri.com*
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Attorneys for Plaintiff*

Dated: March 2, 2015    By:    */s/ Samer Danfoura*
SAMER DANFOURA (239519)
*samer@danfouralaw.com*
**DANFOURA LAW OFFICE**
1303 9th Avenue
San Francisco, California 94122
Telephone: (415) 970-8012
Facsimile: (415) 970-8013

*Attorneys for Triangle Venture Capital Group GmbH & Co. KG Nr. IV*

Dated: March 2, 2015    By:    */s/ Jason S. Bell*
JASON S. BELL (048530)
*jbell@sgrlaw.com*
**SMITH, GAMBRELL & RUSSELL, LLP**
1230 Peachtree Street, N.E.
Promenade, Suite 3100
Atlanta, GA  30309-3952
Telephone: (404) 815-3619
Facsimile:  (404) 685-6919

BRIAN T. HAFTER  (173151)
*brian.hafter@leclairryan.com*
**LECLAIRRYAN, LLP**
44 Montgomery Street
Suite 1800
San Francisco, CA 94104
Telephone:  (415) 391-7111
Facsimile:  (415) 391-8766

*Attorneys for Defendant Klastech GmbH*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:     March 3, 2015

_____
Nandor J. Vadas
United States Magistrate Judge