United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GT SECURITIES, INC.,<br><br>                    Plaintiff,<br><br>        v.<br><br>KLASTECH GMBH,<br><br>                    Defendant. | Case No.  13-cv-03090-JCS<br><br>**ORDER REGARDING ENTRY OF JUDGMENT** |

On May 15, 2015, the Court granted a motion by Plaintiff GT Securities, Inc. ("GT") for summary judgment against Defendant Klastech GmbH ("Klastech"), but declined to enter judgment at that time because GT's claim against another defendant was still pending.  Dkt. 147. The parties have since stipulated to dismiss that defendant, and the Court informed the parties at the August 7, 2015 case management conference that judgment would be entered thirty days after that date.  Dkts. 162, 167.  That time has now expired.

The Court's previous order found Klastech liable for $554,000, including prejudgment interest of $7,000 per month.  Four additional months have passed since interest began to accrue on July 3, 2013.[1]  The Clerk is therefore instructed to enter judgment against Klastech in the amount of $582,000.[2]

**IT IS SO ORDERED.**

Dated: September 8, 2015

JOSEPH C. SPERO
Chief Magistrate Judge

---

[1] Page 16 of the order granting summary judgment contains a typographical error.  Interest began to accrue on July 3, 2013, not 2015.  Page 15 of that order includes the correct date.
[2] The parties have consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c).